Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Danny David (*Pro Hac Vice pending*)
danny.david@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Sunnova Energy Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAVIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNNOVA ENERGY CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | **Case No.:**<br><br>**DEFENDANT SUNNOVA ENERGY CORPORATION'S PETITION FOR REMOVAL** |

# DEFENDANT SUNNOVA ENERGY CORPORATION'S PETITION FOR REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 Defendant Sunnova Energy Corporation ("Sunnova") hereby invokes this Court's jurisdiction and removes this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California. In support of this Petition for Removal, Sunnova avers as follows:

## Procedural History and Plaintiff's Allegations

1. On May 8, 2023, Plaintiff Michael Davis ("Plaintiff") served a putative class action complaint on Defendant Sunnova in San Bernardino County Superior Court. The complaint is captioned *Michael Davis v. Sunnova Energy Corporation*, Case No. CIV-SB-2303380 ("Complaint"). True and correct copies of all process, pleadings, and orders served on Defendant in this action pending in San Bernardino County Superior Court are attached hereto as **Exhibit 1**.

2. Plaintiff alleges three causes of action: (1) Violations of Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(2); (2) Violations of Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3); and (3) Violations of California Investigative Consumer Reporting Agencies Act, Cal. Civil Code § 1786, *et. seq*.

3. Plaintiff seeks statutory damages not less than $100 and not more than $1,000 for each and every violation pursuant to 15 U.S.C. §§ 1681b(b)(2) and 1681b(b)(3).

4. Plaintiff seeks an award of punitive damages and costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o.

5. Plaintiff seeks any actual damages sustained or, $10,000, whichever sum is greater, pursuant to Cal. Civil Code § 1786.50

6. Plaintiff seeks all compensatory, statutory, and punitive damages allowable and an award of costs and reasonable attorney's fees pursuant to Cal. Civil Code § 1786.50.

**Grounds for Removal**

7. Under 28 U.S.C. § 1331, United States district courts have original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States."

8. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant Sunnova may remove this action under 28 U.S.C. § 1441, in that it is a civil action arising under the laws of the United States. Specifically, Plaintiff's first cause of action alleges Defendant Sunnova did not provide Plaintiff with disclosures to perform consumer reports and failure to give him an opportunity to review the consumer report for accuracy. Compl. ¶¶ 38–46. Plaintiff's second cause of action alleges Defendant Sunnova did not provide Plaintiff with an adverse action letter or summary of their rights prior to terminating employment. Compl. ¶¶ 47–53. Both causes of action allege violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq. *See also* 15 U.S.C. § 1681p ("An action to enforce any liability created under this subchapter may be brought in any appropriate United States district court, without regard to the amount in controversy ….").

9. The Court also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's third cause of action, which is a state law claim, because it forms part of the same case or controversy as his FCRA claims. Plaintiff's state law claim arises out of the same alleged failure to provide an adverse action letter and summary of rights prior to taking adverse action. Separate claims "form part of the same case or controversy" when they involve "a common nucleus of operative facts" such that a plaintiff "would ordinarily be expected to try them all in a single judicial proceeding." *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966). Here, Plaintiff's non-FCRA claims arise from the alleged conduct underlying Plaintiff's FCRA claim, i.e., the adverse action of terminating employment and the alleged failure to provide consumer report. Compl. ¶¶ 54–56, 58. Thus, all of Plaintiff's claims arise out of a common nucleus of operative facts.

10. Removal on the basis of federal question jurisdiction for claims arising under FCRA is proper. *See Bruno v. U.S. Renal Care, Inc.*, No. 221CV04617FLAMRWX, 2022 WL 2439525, at *2 (C.D. Cal. July 5, 2022) (holding the court has original jurisdiction over FCRA claim and supplemental jurisdiction over related state law claims).

## The Procedural Requirements for Removal Have Been Satisfied

11. Defendant Sunnova has the power to remove this action because this Court has original jurisdiction over the action and supplemental jurisdiction over state law claims.

12. Pursuant to 28 U.S.C. § 1441(a), venue properly lies in the United States District Court for the Central District of California, Eastern Division as the district court for the district and division where the state-court action is pending, in the Superior Court of the State of California, County of San Bernardino.

13. Removal is timely made pursuant to 28 U.S.C. § 1446(b)(1) and 28 U.S.C. § 1446(c)(1) within 30 days of service of the Complaint after Defendant Sunnova was served on May 8, 2023.

14. After filing this Petition for Removal, Sunnova will promptly serve written notice of this Petition for Removal on counsel for all adverse parties and file the same with the Clerk of the San Bernardino Superior Court in accordance with 28 U.S.C. § 1446(d).

## Non-Waiver of Defenses

15. By removing this action from Superior Court of the State of California, County of San Bernardino, Sunnova does not waive any defenses available to it.

16. By removing this action from Superior Court of the State of California, County of San Bernardino, Sunnova does not admit any of the allegations in Plaintiff's complaint.

**WHEREFORE**, Sunnova removes the above-captioned action from the Superior Court of the State of California, County of San Bernardino to the United States District Court for the Central District of California.

Respectfully submitted,

DATED: June 6, 2023              BAKER BOTTS LLP

By: ____*/s/ Christopher J. Rillo*____
Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Danny David (*Pro Hac Vice pending*)
danny.david@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for*
*Sunnova Energy Corp.*

4
PETITION FOR REMOVAL
CASE NO.:

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is 101 California St., Suite 3200, San Francisco CA 94111. My email address is vanessa.araujo@bakerbotts.com. On June 6, 2023 I served the following documents on the parties listed below in the manner(s) indicated:

> **DEFENDANT SUNNOVA ENERGY CORPORATION'S PETITION FOR REMOVAL**

☒ **BY ELECTRONIC SERVICE**: via electronic filing service provider One legal by electronically transmitting the document(s) listed above to One Legal, an electronic filing service provider at http://www.onelegal.com. To my knowledge, the transmission was reported as complete and without error. See Cal. R. Ct. R. 2.253, 2.255, 2.260.

Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
Potter Handy LLP
100 Pine St., Ste. 1250
San Francisco, CA 94111
(858) 375-7385

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 6, 2023, in San Francisco, California.

                                                         Vanessa Araujo