Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Danny David (*admitted Pro Hac Vice*)
danny.david@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Sunnova Energy Corporation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNNOVA ENERGY CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 5:23-cv-01052-JWH (SPx)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE**<br><br>Honorable John W. Holcomb |

STIPULATION TO DISMISS CASE
Case No.: 5:23-CV-01052-JWH (SPx)

Pursuant to Civil Local Rule 8-3, by and between Plaintiff Michael Davis ("Plaintiff"), and Defendant Sunnova Energy Corporation ("Sunnova") (collectively, with Plaintiff, the "Parties") stipulate as follows:

Plaintiff Michael Davis and Sunnova hereby stipulate that plaintiff shall dismiss his complaint with prejudice and that the parties shall each bear their own attorneys fees and costs in this matter.

Respectfully submitted,

DATED: September 20, 2023          BAKER BOTTS LLP

By: _____*/s/ Christopher J. Rillo*_____
Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Danny David (*admitted Pro Hac Vice*)
danny.david@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for*
*Sunnova Energy Corp.*

1

STIPULATION TO DISMISS CASE
Case No.: 5:23-CV-01052-JWH (SPX)

DATED: September 20, 2023    POTTER HANDY LLP

By:     /s/ James M. Treglio
        Mark D. Potter (SBN 166317)
        mark@potterhandy.com
        James M. Treglio (SBN 228077)
        jimt@potterhandy.com
        100 Pine St., Ste 1250
        San Francisco, California 94111
        (858) 375-7385
        Fax: (888) 422-5191

        *Attorneys for Plaintiff and the Putative Class*

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

        /s/ Christopher J. Rillo
        Christopher J. Rillo