JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SUNNOVA ENERGY CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 5:23-cv-01052-JWH (SPx)**<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>Honorable John W. Holcomb |

Based upon the parties' stipulation, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1.    The complaint is **DISMISSED with prejudice**.

2.    The parties shall each bear their own costs and fees.

3.    The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: September 20, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE